UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Key West Division

**Case Number: 11-10021-CIV-MARTINEZ-SNOW**

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

GLENROY PARCHMENT, et al.,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE SNOW'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Lurana S. Snow, United States Magistrate Judge for a Report and Recommendation on Defendant Christopher Patrick Campbell's Motion to Determine Jurisdiction (D.E. No. 55). The Magistrate Judge conducted an evidentiary hearing and filed a Report and Recommendation (D.E. No. 55), recommending that the motion be granted and that the Court find that it has jurisdiction over the Defendant and the offenses charged. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration and for the reasons set forth below, the Court affirms and adopts Magistrate Judge Snow's Report and Recommendation.

In his objections, Defendant Christopher Patrick Campbell ("Defendant") repeats the arguments already thoroughly considered by the Magistrate Judge. The Court adopts the Magistrate Judge's analysis in her Report and Recommendation and finds that the certification (D.E. No. 47-1) introduced into evidence by the Government sufficiently demonstrates that this

court has subject matter jurisdiction over this action and that the statutory offenses are not unconstitutional. 46 U.S.C. § 70502(d)(1)(C); 46 U.S.C. § 70502(c)(1)(A); *see also United States v. Mitchell-Hunter*, 663 F.3d 45, 53 (1st Cir. 2011) (finding that pretrial reliance on a certification such as the one at issue in this case does not violate the Confrontation Clause). Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Snow's Report and Recommendation **(D.E. No. 55)** is **AFFIRMED** and **ADOPTED**. Accordingly, it is

**ADJUDGED** that

Defendant's Motion to Determine Jurisdiction (D.E. No. 46) is **GRANTED** in that this Court determines that has jurisdiction over the Defendant and the offenses charged.

DONE AND ORDERED in Chambers at Miami, Florida, this 30 day of March, 2012.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Snow
All Counsel of Record